**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Renee T. Kraft, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mike Johanns, Secretary of the | ) | Case No. 1:04-cv-084 |
| United States Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

___

On February 25, 2008, Plaintiff Renee T. Kraft filed what the court has construed as a Motion to Enforce Judgment. Defendant has until March 11, 2008, to file a response to Plaintiff's motion. The undersigned shall conduct a hearing on Plaintiff's motion on March 25, 2008, at 9:00 a.m. in Bismarck, North Dakota (courtroom #2).

**IT IS SO ORDERED.**

Dated this 25th day of February, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court